IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR237 |
| | ) | |
| PATRICK SMITH, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion for Suitability Study/Motion to Set Conditions of Release [21] requesting that Pretrial Services investigate the proposed release plan.

    IT IS ORDERED that Pretrial Services investigate the proposed release plan and provide a copy of their report to the Court and counsel on or before **Tuesday, July 19, 2005.**

    DATED this 15th day of July, 2005.

                                         BY THE COURT:

                                         s/ F.A. Gossett
                                         United States Magistrate Judge