IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICK SMITH, )<br>)<br>Defendant. ) | 8:05CR237<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **September 23, 2005** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Suppress [36]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 7th day of September, 2005.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge